AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE District of ALABAMA

FLOYD T. HARRIS AND
DARLENE A. HARRIS
    Plaintiffs,
V.
REGIONS BANK d/b/a
REGIONS MORTGAGE, et al.
    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV211-MHT

TO: (Name and address of Defendant)

REGIONS BANK c/o
SIROTE & PERMUTT, P.C.
2311 Highland Avenue S.
P.O. Box 55727
Birmingham, Alabama 35255-5727

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Floyd Tyrone: Harris-El &
Darlene Anne: Harris-El   Attorneys-In-Fact For
FLOYD T. HARRIS AND
DARLENE A. HARRIS
P.O. BOX 71
PELL CITY, ALABAMA 35125

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett      March 7, 2006
CLERK      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date

_____
Signature of Server

_____
Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 3-7-06 2:06CV211 |

Sent To  SIROTE & PERMUTT  ATTN: ANTHONY R. SMITH
Street, Apt. No.; or PO Box No.  2311 HIGHLAND AVE S.
City, State, ZIP+4  BIRMINGHAM, ALABAMA  35255-5727

PS Form 3800, June 2002                    See Reverse for Instructions

7006 0100 0002 0279 3054

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.