Harris

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Regions Bank
C/o Sirote & Permutt
2311 Highland Ave. S.
P.O. Box 55727
Birmingham, Alabama
35255-5727
ATTN: Anthony R. Smith   cmp/smo 2:06cv211   30 days

2. Article Number (Transfer from service label) 7006 0100 0002 0279 3054

PS Form 3811, February 2004    7006 0100 0002 0279 3054    2595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
MICHAEL E. MORAH

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes