IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FLOYD T. HARRIS and         )
DARLENE A. HARRIS,          )
                            )
     Plaintiffs,            )
                            )    CIVIL ACTION NO.
     V.                     )    2:06cv211-MHT
                            )
REGIONS BANK, etc.,         )
                            )
     Defendant.             )
```

### ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to United States Magistrate Judge Charles S. Coody for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 13th day of March, 2006.

```
                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE
```