# Exhibit 4



# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama

**INITIATE NEW BROWSE**

```
Corporation                                                    D/C 006-854
  Legal Name:    Regions Bank

Place Of Inc:    Jefferson County

Date Of Inc.:    04-02-1957

Reg Agent...:    CSC LAWYERS INCORPORATING SVC INC
                 150 S PERRY ST
                 MONTGOMERY, AL   36104

Prin Address:    BIRMINGHAM, AL

Capital Amt.:    $550,152,730 Authorized   $1,000,000 Paid In

Nat Of Bus..:    * Not On Data Base

Names Of Inc:    * Not On Data Base
```

**TRANSACTION LIST**       2005    **ANNUAL REPORTS**
                  **← PREVIOUS PAGE**



© 2006, Office of the Secretary of State, State of Alabama