IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FLOYD & DARLENE HARRIS )<br>  )<br>     Plaintiffs,   )<br>  )<br>v.   )<br>  )<br>REGIONS BANK, d/b/a   )<br>REGIONS MORTGAGE,   )<br>  )<br>     Defendant.   ) | CIVIL ACTION NO.  2:06cv211-MHT |

**ORDER**

Upon consideration of the defendants' motion to dismiss, or in the alternative, motion to transfer (doc. # 6), it is

ORDERED that on or before April 14, 2006, the plaintiffs shall show cause why the motion should not be granted.

The plaintiffs are advised that if they fail to respond to the defendants' motion to dismiss, or in the alternative, motion to transfer with specificity, the court will treat their failure to respond as an abandonment of the claims set forth in their complaint. The plaintiffs are further cautioned that if they fail to file a response to the motion to dismiss in accordance with the directives of this order, the court will recommend that this case be dismissed.

Done this 30th day of March, 2006.

       /s/Charles S. Coody       
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE