# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FLOYD T. HARRIS and<br>DARLENE A. HARRIS,<br><br>    Plaintiffs,<br><br>v.<br><br>REGIONS BANK d/b/a<br>REGIONS MORTGAGE,<br>SUCCESSOR BY MERGER TO<br>UNION PLANTERS BANK, N.A.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 2:06-cv-211-MHT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO TRANSFER

Comes now Regions Bank d/b/a Regions Mortgage, Successor by Merger to Union Planters Bank, N.A., the Defendant in the above-referenced action (hereinafter "Regions"), and moves this Court to dismiss this case or, in the alternative, to transfer this case to the United States District Court for the Northern District of Alabama. In support thereof, Regions represents unto this Court as follows:

1. In or about January 2004, Regions, through its predecessor, Union Planters Bank, loaned money to Floyd Harris and Darlene Harris (hereinafter "Harrises") and secured that loan with a mortgage on the property at issue in this dispute. See Amended Complaint filed by the Plaintiffs.

2. The Harrises subsequently defaulted on that note and Regions foreclosed on the mortgage.

DOCSBHM\1386775\1\