# EXHIBIT 2



**REGIONS**
MORTGAGE

December 24, 2004

Darlene A. Harris
1041 Funderburg Bend Road
Pell City, AL  35128

Re:  Loan Number 0896276949

Dear Borrower:

I am in receipt your undated Official Notice From Secured Party. Please be advised we reject this document and I am returning it to you. I am also returning the Notice Required by Federal Regulation that was mailed to you on December 6, 2004, so you may keep it for your records.

Please continue making your payments as required in the Note you executed with the Bank. If you discontinue making payments, your credit will be adversely affected. In addition, your property could be lost in foreclosure proceedings.

If you have any questions you may contact me or consult with your attorney.

Sincerely,

Denise McLaurin
Legal Claims Administrator
Assistant Vice President

Enclosures

Post Office Box 18001, Hattiesburg, Mississippi 39404-8001

# SECURITY AGREEMENT

## NON-NEGOTIABLE

This Security Agreement made and entered into this 23rd day of June 2004, by and between DARLENE ANNE CROFT HEREINAFTER "DEBTOR" SOCIAL SECURITY ACCOUNT NUMBER 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 and Darlene Anne: Harris-El Secured Party, hereinafter "Secured: Party." The Parties, hereinafter "Parties," are identified as follows:

**DEBTOR:**
DARLENE ANNE CROFT
P. O. BOX 32798
DETROIT, MICHIGAN 48232

**Secured: Party**
Darlene Anne: Harris-El
P. O. Box 32798
Detroit, Michigan [48232]

NOW, THEREFORE, the Parties agree as follows:

### AGREEMENT

In consideration of Secured Party providing certain accommodations to DEBTOR including, but not limited to Secured Party.

1. Constituting the source, origin, substance, and being, i.e. basis of "pre-existing claim" from which the existence of DEBTOR was derived and on the basis of which DEBTOR is able to function as a transmitting utility to conduct Commercial Activity as a conduit for the transmission of goods and services to Secured Party, and to interact, contact, and exchange goods, services, obligations, and liabilities with other DEBTORS, corporations, and artificial persons in Commerce;

2. Signing for accommodation for DEBTOR in all cases whatsoever wherein any signature of DEBTOR is required;

3. Issuing a binding commitment to extend credit or for the extension of immediately available credit whether or not drawn upon and whether or not a chargeback is provided for in the event of difficulties in collection;

4. Providing the security for payment of all sums due or owing, or to become due or owing, by DEBTOR; and

5. Constituting the source of the assets, via the sentient existence, exercise of faculties, and labor or Secured Party, that provide the valuable consideration sufficient to support any contract which DEBTOR may execute or to which DEBTOR may be regarded as bound by any person whatsoever,

DEBTOR hereby confirms that this Security Agreement is a duly executed, signed, and sealed

Page 1 of 10
Private and non-negotiable between the parties

Secured Party:
Darlene Anne: Harris-El

*Cheryl L. Haley* (signature)
CHERYL L. HALEY
Notary Public, Eaton County, MI
My Comm. Expires Dec. 13, 2007

*Darlene Anne: Harris-El* (signature)

private contract entered into knowingly, intentionally, and voluntarily by DEBTOR and Secured Party, wherein and whereby DEBTOR:

1. Voluntarily enters DEBTOR in the Commercial Registry;
2. Transfers and assigns to Secured Party a security interest in the Collateral described therein below; and
3. Agrees to be, act, and function in law and commerce, as the unincorporated proprietary trademark of Secured Party for exclusive and discretionary use by Secured Party in any manner that Secured Party, by sovereign and unalienable right elects.

## PUBLIC LAWFUL NOTICE

Filing of this Security Agreement by the Parties constitutes open, lawful, public notice that:

1. The law, venue, and jurisdiction of this Security Agreement is the ratified, finalized, signed, and sealed private contract freely entered into by and between DEBTOR and Secured Party as registered herewith.
2. This Security Agreement is contractually complete herein and herewith and cannot be abrogated, altered, or amended, in whole or part, without the express, written consent of both DEBTOR and Secured Party.
3. DEBTOR is the transmitting unit, and unincorporated, proprietary trademark of Secured Party, and all property of Debtor is the secured property of Secured Party.
4. Any unauthorized use of DEBTOR in any manner that might influence, affect, pertain to, or be presumed to pertain to Secured Party in any manner is expressly prohibited without the written consent of Secured Party.

## FIDELITY BOND

Know all men by these presents, that DEBTOR, DARLENE ANNE CROFT establishes this bond in favor of Secured Party, Darlene Anne: Harris -El the sum of present Collateral Values up to the penal sum of Sum of One Hundred Billion United States Dollars ($100,000,000,000.00), for the payment of which bond, well and truly made, DEBTOR binds DEBTOR and DEBTOR'S heirs, executors, administrators, and third party assigns, jointly and severally, by these presents.

The condition of the above bond is: Secured Party Darlene Anne: Harris-El covenants to do certain things on behalf of DEBTOR, as set forth above in Agreement, and DEBTOR, with regard to conveying goods and Services in Commercial Activity to Secured Party, covenants to serve as a transmitting utility therefor and, as assurance of fidelity, grants to Secured Party a Security Interest in the herein below described Collateral.

This bond shall be in force and effect as of the date hereon and until the DEBTOR'S Surety Darlene Anne: Harris-El is released from liability" by the written order of the UNITED STATES, GOVERNMENT and provided that said Surety may cancel this bond and be relieved of further liability hereunder by delivering thirty (30) day written notice to DEBTOR. No such cancellation shall affect any liability incurred or accrued hereunder prior to the termination of said thirty (30) day period. In such event of notice of cancellation, DEBTOR, agrees to reissue the bond before the end

Secured Party:
Darlene Anne: Harris-El

*Darlene Anne Harris-El* (signature)

of said thirty- (30-) day period for an amount equal to or greater than the above-stated value of this Security Agreement, unless the Parties agree otherwise.

## INDEMNITY CLAUSE

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold Secured Party harmless from and against any and all Claims, losses, liabilities, costs, interests, and expenses, hereinafter referred to as "Claims" or "Claim," which Claims include, without restriction, all legal costs, interests, penalties, and fines suffered or incurred by Secured Party, in accordance with Secured Party's personal guarantee with respect to any loan or: indebtedness of DEBTOR, including any amount DEBTOR might be deemed to owe to any creditor for any reason whatsoever.

Secured Party shall promptly advise DEBTOR of any Claim and provide DEBTOR with full Details of said Claim, including copy of my document, correspondence, suit, or action received by or served upon Secured Party. Secured Party shall fully cooperate with DEBTOR in any discussion, negotiation, or other proceeding relating to any Claim.

## OBLIGATIONS SECURED

The security interest granted herein secures any and all indebtedness and liability whatsoever of DEBTOR to Secured Party, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, and however evidenced.

## COLLATERAL

The collateral to which this Security Agreement pertains includes, but is not necessarily limited to all herein below described personal and real property of DEBTOR, now owned or hereafter acquired by DEBTOR, in which Secured Party holds all Interest. DEBTOR retains possession and use and rights of possession and use, of all collateral, and all proceeds, products, accounts, and fixtures, and the Orders therefrom, are released to DEBTOR.

Before any of the below-itemized property can be disbursed, exchanged, sold, tendered, forfeited, gifted, transferred, surrendered, conveyed, destroyed, disposed of, or otherwise removed from DEBTOR'S possession, Dishonor Settlement Agreement Bill of Exchange #1955 held by Secured Party must be satisfied in full and acknowledgment of same completed.

1. All proceeds, products, accounts, and fixtures from crops mine head, wellhead, with transmitting utilities, etc;

2. All rents, wages, and income;

3. All land, mineral, water, and air rights;

4. All cottages, cabins, houses, and buildings;

5. All bank accounts, bank "safety" deposit boxes and the contents therein, credit card accounts, mutual I fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;

FORM SA 070100                Page 3 of 10                                    Secured Party:
                    Private and non-negotiable between the parties

CD014 2/2   2067 **REGIONS** ℠
MORTGAGE

You have 30 days from the date of this notice to dispute in writing any portion of the above amount declared to be in default, the loan status, or any balances due. All balances will be assumed correct unless we receive your written notice of dispute. If you notify Regions in writing within the 30 day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of the judgment against you, and a copy of such verification or judgment will be mailed to you. Your are further entitled within the 30-day period to request, in writing, and be provided the name and address of the original creditor. All written notices should be sent to the address below.

If you were a borrower of this loan prior to the filing of a Chapter 7 bankruptcy in which you received a discharge and if this loan was not reaffirmed in the bankruptcy case or if the lender received an order vacating the automatic stay in your bankruptcy case, the lender is exercising its rights as allowed under applicable law and is not attempting to collect, recover, or offset any discharged debt as your personal liability.

For further information, please contact the Regions Mortgage Collections Department at the address below or call toll free at (800)748-9498 between the hours of 8:30 a.m. and 8:00 p.m. Central Standard Time, Monday through Thursday, or between the hours of 8:30 a.m. and 6:00 p.m. Central Standard Time on Friday or between the hours of 8:30 a.m. and 1:00 p.m. Central Standard Time on Saturday.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
EXCEPT AS NOTED ABOVE, THIS IS AN ATTEMPT TO COLLECT A DEBT FROM YOU AND ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CD016/019/CBW

Post Office Box 18001, Hattiesburg, MS 39404-8001 • 215 Forrest Street, Hattiesburg, MS 39401-3476
601-554-2000 • WATS 1-800-748-9498 • (email) loancounselors@upbna.com

August 13, 2005

# AFFIDAVIT
# NOTICE OF NON-RESPONSE

Be it known to all interested parties that there has not been any timely response to ADMISSIONS OF FULL DISCLOSURE OF LOAN ( No.0896276949) from DENISE MCLAURIN, Legal Claims Administrator, Asst. Vice President of REGIONS BANK dated July 22, 2005. This request was received by registered mail –RR 430 260 416US on July 28, 2005. Respondent: DENISE MCLAURIN was asked for full disclosure of Loan with response to be mailed to:

P.O. Box 71
Pell City, Alabama [35125]


_____, Notary Public, this \_13\_ day of \_August\_.
2005.

My Commission Expires \_My Commission Expires 5/6/2007\_

```
2005   47298
Recorded in the Above
MORTGAGE Book & Page
08-17-2005 08:48:30 AM
Wallace Wyatt Jr - Probate Judge
St. Clair County, Alabama
Book/Pg: 2005/47298
Term/Cashier: S RECORD1 / LeeD
Tran: 3261.81060.122589
Recorded: 08-17-2005 08:48:50
 CER Certification Fee      1.00
 PJF Special Index Fee      5.50
 REC Recording Fee          3.00
 PRN Printer Fees           0.25
 Total Fees:   $ 9.75
```

**FILED**

NOTICE OF DISHONOR

NOV 1 5 2005

ST. CLAIR COUNTY

CLERK & REGISTER

9/21/2005
Denise McLaurin, d.b.a.
Legal Claims Administrator
Assistant Vice President
REGIONS BANK DBA REGIONS MORTGAGE,
SUCCESSOR BY MERGER TO UNION PLANTERS BANK, N.A.
C/O Goodman Ledyard, PIERCE LEDYARD, P.C. Attorneys for Mortgagee
P.O. Box 161389; Mobile, Alabama 36616

Dear Ms. McLaurin,

    I received a request by affidavit for a protest pursuant to TRUTH IN LENDING, UCC §3-503, UCC §3-505, AFFIDAVIT ADMISSIONS OF FULL DISCLOSURE OF LOAN (# 0896276949), from Floyd Tyrone Harris and Darlene Anne Harris who, informed me that you dishonored their presentments consisting of the Aforementioned AFFIDAVIT ADMISSIONS , OFFER OF PERFORMANCE dated July 22, 2005, sent to you and received by your office by Registered Mail on July 28, 2005 at REGIONS MORTGAGE C/O P.O. Box 18001, Hattiesburg, Mississippi 39404-8001 and a second request for admissions of Full Disclosure of Loan (in dispute of the validity of Loan # 0896276949) To: Goodman G. Ledyard of PIERCE LEDYARD, P.C. Attorneys for Mortgagee Post Office Box 161389, Mobile, Alabama 36616 received on August 25 ,2005, as evidenced by U.S. Postal Service CERTIFICATE OF MAILING verifying contents of the package sent was in fact received.

    In the event your dishonor through non-acceptance or non-performance was unintentional or due to reasonable neglect or impossibility, I am attaching a copy of the same presentment to this Notice.

    You may respond to me, and I will forward your response to Mr. and Mrs. Harris. Your response is expected no later than ten (10) days from the postmark of this Notice of Dishonor.

Thank you for your prompt attention to this matter.

Sincerely,

[signature]

Notary Public (name)
Address:
2107 Martin St. S. Su 103
Shipping Cntr
Pell City, Al 35128

    (Stamp)        (Seal)

My Commission Expires 5/6/2007

NOTICE OF PROTEST AND
OPPORTUNITY TO CURE

DATE: 10-01-2005

Denise McLaurin, d.b.a.
Legal Claims Administrator
Assistant Vice President
c/o REGIONS BANK DBA REGIONS MORTGAGE,
SUCCESSOR BY MERGER TO UNION PLANTERS BANK, N.A.
C/O PIERCE LEDYARD PC

Dear Ms. McLaurin,

On 9/21/2005, I sent you a Notice of Dishonor regarding the presentments of AFFIDAVIT ADMISSIONS OF FULL DISCLOSURE OF LOAN (#0895276949), OFFER OF PERFORMANCE, AND NOTICE OF DEFAULT. You failed to accept or perform after receiving these presentments from Floyd Tyrone Harris and Darlene Anne Harris, and you failed to accept or perform after receiving the same presentments from me.

You are now in default and have stipulated to the terms of Floyd Tyrone Harris and Darlene Anne Harris 9/21/2005 dated presentment through your dishonor. Your have the right to cure this default and perform according to said terms within the ten (10) days from the postmark of this Notice. Should you fail to cure the default, I will issue a CERTIFICATE OF DISHONOR pursuant to UCC §3-503 (b), and UCC §3-505 (a) (1), (2), (3) and (b)

Thank you for your prompt attention to this matter.

Sincerely,

_[signature]_
Notary Public
Sam D. Stables
2107 Martin St. S. Ste 103
Pell City, AL 35128
Address of Notary

(Stamp)                                  (Seal)

My Commission Expires 5/6/2007

## CERTIFICATE OF DISHONOR

I, James Stabler, am the notary to whom all communications are to be mailed regarding the contract entitled CONDITIONAL ACCEPTANCE and Contract # 0896276949 in response to Public Account # 1041-1 , herein "presentment."

Pursuant to Uniform Commercial Codes 3-505(b) and 1-202, Notice of Protest is hereby given with Certificate of Dishonor regarding the following.

On September 21, 2005, I sent a Notice of Dishonor of Floyd Tyrone Harris and Darlene Anne Harris' presentment to Respondent Denise McLaurin, d.b.a. Legal Claims Administrator, Assistant Vice President of REGIONS MORTGAGE, herein referred to as "Respondent," at P.O. Box 18001, Hattiesburg, Mississippi 39404-8001, who was given 10 days to respond.

On October 1, 2005, Proof of Service shows a Notice of Protest and Opportunity to Cure was mailed to Respondent who was given 10 days to respond.

As of this date, no response had been delivered to me, the designated receiver. I interviewed The Harris', whose affidavit is attached to this Notarial Protest. Floyd Tyrone Harris has stated to me by affidavit that Petitioner has received no response to said Contract at any other mailing location. Based on the foregoing information, Respondent has dishonored Floyd Tyrone Harris and Darlene Anne Harris presentments by non-acceptance and/or non-performance and have therefore assented to the terms and conditions in said Contract.

_____
(name of notary), Third Party Witness

Alabama           )
                  ) ss      ACKNOWLEDGEMENT
St Clair county   )

As a Notary Public for said County and State, I do hereby certify that on this 12 day of October, 2005 the above mentioned appeared before me and executed the foregoing. Witness my hand and seal:

_____
Notary Public

My Commission Expires 5/6/2007



# STATE OF ALABAMA
## OFFICE OF THE SECRETARY OF STATE

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country: **United States of America**

2. has been signed by

    This public document
    James D Stabler

3. acting in the capacity of

    Notary Public

4. bears the seal/stamp of

    James D Stabler

    State of Alabama

### CERTIFIED

5. at     Montgomery, Alabama

6. the   08TH day of February 2006

7. by    Secretary of State, State of Alabama     8. No.  2006-0594

9. Seal/Stamp



10. Signature:

_Nancy L. Worley_
Nancy L. Worley        Secretary of State

Page Two
Mr. Floyd T. Harris and
Mrs. Darlene A. Harris
August 19, 2005

5. Upon your written request within the aforesaid 30-day period, we will furnish you the name and address of the original creditor, if different from the current creditor.

6. The undersigned is attempting to collect a debt, and any information obtained will be used for that purpose.

You are hereby advised that attorneys' fees and costs in this matter continue accruing after the date of this letter.

Yours very truly,

Goodman G. Ledyard
For the Firm

GGL:vh
Enclosure

cc:   Union Planters Bank, NA d/b/a Regions Mortgage

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Regions Mortgage
215 Forrest St.
Hattiesburg, MS
39401-3487

2. Article Number (Transfer from service label): 7002 2410 0006 9111 1935

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X M Smith — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): M Smith
- C. Date of Delivery: 12/16/04
- D. Is delivery address different from item 1? ☐ Yes ☐ No
- Signature: Darlene Anne Harris-El
- 3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

REGIONS MORTGAGE
215 FORREST ST.
Hattiesburg, Mississippi
ATT: Correspond(?) 39401-3487

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X M Smith — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): M Smith
- C. Date of Delivery: 6/20/05
- D. Is delivery address different from item 1? ☐ Yes ☐ No
- Signature: Darlene Anne Harris-El
- 3. Service Type: ☐ Certified Mail ☐ Express Mail ☒ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

Article Addressed to:

REGIONS MORTGAGE
P.O. BOX 18001
Hattiesburg, MS 39404
Att: Denise McLaurin

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X M Smith — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): M Smith
- C. Date of Delivery: 7/28/05
- D. Is delivery address different from item 1? ☐ Yes ☐ No
- Signature: Darlene Anne Harris-El
- 3. Service Type: ☐ Certified Mail ☐ Express Mail ☒ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
- 4. Restricted Delivery? (Extra Fee) ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pierce Ledyard PC
PO Box 161389
Mobile AL 36616

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Shari Summers
C. Date of Delivery: 9/25/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[signature: Darlene Anne Harris]

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): RB 246 684 324 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Regions Bank
C/O Goodman Ledyard
Pierce Ledyard P.C.
P.O. Box 161389
Mobile, Alabama 36616

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Shari Summers
C. Date of Delivery: 9-23-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[signature: Darlene Anne Harris]

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): RA 217 064 717 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Regions Bank
C/O Goodman Ledyard
Pierce Ledyard P.C.
P.O. Box 16139
Mobile, Alabama

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Amanda [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[signature: Darlene Anne Harris]

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes