**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 17, 2006

# NOTICE OF CORRECTION

**From:**              Clerk's Office

**Case Style:**        Floyd T. Harris, et al. V. Regions Bank

**Case Number:**       #2:06-cv-00211-MHT

**Referenced Document:**  Document #9
                          Order

**This notice has been docketed to enter the Civil Appeals Checklist into the record as an attachment to the referenced document which was omitted at the original time of filing due to docketing error. The corrected pdf is attached to this notice.**