Harris

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   Stacy Hardlee    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    4/18/06

D. Is delivery address different from item 1?   ☒ Yes
   If YES, enter delivery address below:         ☐ No

1. Article Addressed to:

Clerk, U. S. District Court
Northern District of Alabama
United States District Court
Hugo L. Black U. S. Courthouse
1729 5th Avenue North, Room 140
Birmingham, AL 35203

2:06CV211 (entire file w/ trst order)

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0001 2962 3892

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540